UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| RMA STRATEGIC OPPORTUNITY | ) | CHAPTER 7 |
| FUND, LLC, | ) | CASE NO. 17-13328-FJB |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO EXTEND TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS AND RELATED DOCUMENTS**

Mark G. DeGiacomo, the Chapter 7 trustee (the "Trustee") of the bankruptcy estate of RMA Strategic Opportunity Fund, LLC (the "Debtor"), hereby moves this Court for the entry of an order extending the deadline, up to and including April 30, 2018, within which the Trustee may file the Debtor's schedules, statement of financial affairs and related documents.

In support of this Motion, the Trustee states the following:

1. On September 5, 2017, an involuntary Chapter 11 bankruptcy petition was filed against the Debtor (the "Petition Date").

2. On October 6, 2017, this Court entered an Order for Relief.

3. On October 19, 2017, this Court entered an Order requiring the Office of the United States Trustee to appoint a Chapter 11 trustee.

4. On October 25 2017, the Trustee was appointed the Chapter 11 Trustee of the bankruptcy estate of the Debtor.

5. On November 15, 2017, the Court entered an order converting the Debtor's case to Chapter 7.

6. On November 15, 2017 the Trustee was appointed as the Chapter 7 Trustee of this bankruptcy estate.

[Left margin: 01/17/2018 Granted. The deadline for the Chapter 7 Trustee to file Schedules Statement of Financial Affairs and related documents is extended to April 30, 2018 by 4:30 P.M.]

8911304v1