**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** RMA Strategic Opportunity Fund, LLC

**Case/AP Number** 17-13328 **-FJB**
**Chapter** 7

#117 Motion filed by Trustee Mark G. DeGiacomo to Approve Compromise Under Rule 9019. (Attachments: # 1 Settlement Agreement)

Objections due 2-7-2019 by 4:30 P.M.

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  No objection having been filed, and good cause having been stated, the settlement agreement is hereby approved.  The 2/12/2019 hearing on this motion is canceled as unnecessary.

IT IS SO ORDERED:

_____Dated: 02/11/2019
Frank J. Bailey
United States Bankruptcy Judge