

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>RMA STRATEGIC OPPORTUNITY FUND, LLC,<br>    Debtor | Ch. 7<br>17-13328-FJB |

**Order**

**MATTER:**

#158 Motion filed by Trustee Mark G. DeGiacomo to Approve Compromise Under Rule 9019.

ORDER: No objection having been filed, and good cause having been stated, the Settlement Stipulation is hereby approved. The 12/10/2019 hearing on this motion is canceled as unnecessary.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 11/26/2019