UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> RMA STRATEGIC OPPORTUNITY FUND, LLC, <br>           Debtor | CHAPTER 7 <br><br> CASE NO. 17-13328-FJB |

**STATUS REPORT**

Mark G. DeGiacomo, duly appointed Chapter 7 trustee of the above captioned bankruptcy estate (the "Trustee") hereby submits this Status Report concerning his objections to Claim No. 57 of Ryan Montoya and Claim No. 59 of Ross Montoya (together the "Claim Objections") as required by this Court's Order dated February 28, 2022 [Docket No. 384].

As previously reported, the Trustee has reach agreement to resolve the Claim Objections as part of a settlement of adversary proceeding No. 18-01019 (the "Adversary Proceeding"), which remains subject to Court approval.  The Trustee's filing of a motion to approve the Adversary Proceeding settlement has been delayed because the Trustee must first obtain certain executed and notarized documents from Raymond Montoya, Sr. ("Montoya"), who is incarcerated.  As reported in the Adversary Proceeding [Case No. 18-01019, Docket No. 175], Mr. Montoya's facility is now reopened to visitors and the parties are in the process of arranging for a notary to visit and witness Mr. Montoya's signature.  As a result, the Trustee respectfully requests that he be given an additional ninety (90) days to either file a settlement motion to resolve the Claim Objections or further status report with the Court.

12161827v1

        Respectfully submitted,

        MARK G. DEGIACOMO, CHAPTER 7
        TRUSTEE OF THE ESTATE OF
        RMA STRATEGIC OPPORTUNITY
        FUND, LLC

        _____/s/ Jonathan M. Horne_____
        Mark G. DeGiacomo, Esq. BBO #118170
        Jonathan M. Horne, Esq. BBO #673098
        Murtha Cullina LLP
        99 High Street
        Boston, MA  02110
        617-457-4000 Telephone
        617-482-3868 Facsimile
        mdegiacomo@murthalaw.com
Dated: April 26, 2022        jhorne@murthalaw.com